

# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2015

No. 04-15-00070-CV

**SKYLINE EMS INC.** and Juan "Johnny" Cordero,
Appellants

v.

**AR CONCEPTS INC.,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15618
The Honorable Richard E. Price, Judge Presiding

## O R D E R

Appellants' brief was original due on April 13, 2015. On April 13, 2015, this court granted Appellants' first motion for extension of time and Appellants' brief was due to be filed on May 13, 2015. On May 13, 2015, Appellants' counsel filed its second motion for extension of time, seeking an additional thirty day extension. Appellants' motion is GRANTED. Appellant's brief is due to be filed by June 15, 2015. ***Absent extenuating circumstances, no further extensions will be granted.***

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court